IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY MACK COTTON,

    Petitioner,               No. CIV S-10-3380 KJM CMK (TEMP) P

    vs.

GREG LEWIS,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On March 8, 2011, respondent filed a motion to dismiss, alleging petitioner has not exhausted his state remedies pursuant to 28 U.S.C. § 2254(b). In its screening order issued January 20, 2011, the court instructed petitioner that, should respondent file a motion to dismiss, petitioner would have thirty days from service in which to file an opposition or statement of non-opposition. More than thirty days have passed since respondent filed the motion to dismiss, yet petitioner has not responded or otherwise communicated with the court.

        In light of the foregoing, petitioner will be instructed to file an opposition or statement of non-opposition with fifteen days of the date of this order. Failure to comply with

1

this order will result in a recommendation of dismissal under Federal Rule of Civil Procedure 41(b).

DATED: April 14, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

hm
cott3380.osc

2